**Opinion issued April 22, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00987-CV

————————————

**HORIZON RADIOLOGY, PA AND FRANK C. POWELL, M.D., Appellants**

**V.**

**CRAIG & CRAIG, LLC AND JULIE A. WEBB, INDIVIDUALLY, Appellees**

On Appeal from the 269th District Court
Harris County, Texas
Trial Court Case No. 2013-21860

## MEMORANDUM OPINION

Appellants, Horizon Radiology, PA and Frank C. Powell, M.D., have filed an agreed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.